# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAUREN WILLIAMS, derivatively on behalf of CORCEPT THERAPEUTICS INCORPORATED.,<br><br>        Plaintiff,<br><br>  v.<br><br>G. LEONARD BAKER, JOSEPH K. BELANOFF, DANIEL M. BRADBURY, RENEÉ D. GALÁ, SEAN MADUCK, DAVID L. MAHONEY, CHARLES ROBB, DANIEL N. SWISHER, and JAMES N. WILSON,<br><br>        Defendants,<br><br>  -and-<br><br>CORCEPT THERAPEUTICS INCORPORATED,<br><br>        Nominal Defendant. | Civil Action No. 1:19-cv-01830-MN |

**JOINT STIPULATION AND ORDER FURTHER STAYING THE ACTION PENDING RESOLUTION IN THE RELATED SECURITIES CLASS ACTION**

The parties in the above-captioned matter, by and through their counsel of record, hereby stipulate to the following:

WHEREAS, on September 30, 2019, Lauren Williams ("Plaintiff") filed a Verified Stockholder Derivative Complaint (the "Derivative Action") in this Court against certain directors and officers of Corcept Therapeutics Incorporated ("Corcept" and with the defendant officers and directors, the "Defendants");

WHEREAS, on March 14, 2019, a plaintiff, suing on behalf of a purported class, filed a lawsuit in the United States District Court for the Northern District of California captioned

*Melucci v. Corcept Therapeutics Inc., et al.*, No. 5:19-cv-01372 (the "Federal Securities Class Action"), alleging violations of the federal securities laws against Corcept and certain of its officers and directors;

WHEREAS, the Defendants and Plaintiff (the "Parties") agreed that the Derivative Action involves the same subject matter, parties, factual allegations, and legal issues as the Federal Securities Class Action (which also includes additional factual and legal issues), and entered a stipulation to stay this Action pending the resolution of the Federal Securities Class Action;

WHEREAS, on October 23, 2019, this Court so-ordered the parties' Joint Stipulation and Order Staying the Action Pending Resolution in the Federal Securities Class Action (ECF No. 13);

WHEREAS, on November 20, 2020, the United States District Court for the Northern District of California dismissed the Federal Securities Class Action with leave to amend;

WHEREAS, on December 21, 2020, plaintiff filed an amended complaint in the Federal Securities Class Action, and the Federal Securities Class Action remains pending;

WHEREAS, the Parties agree that the interests of preserving the Parties' and the Court's resources, efficient and effective case management would best be served by staying the Derivative Action until the United States District Court for the Northern District of California enters an order resolving the defendants' forthcoming motion to dismiss the Federal Securities Class Action but wish to reserve their rights to seek a stay beyond that point;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the Parties, subject to the approval of the Court, as follows:

1. The Derivative Action, including all hearings, deadlines, and discovery, shall be stayed pending the resolution of the forthcoming motion to dismiss in the Federal Securities Class Action or until otherwise agreed to by the Parties. Within thirty-five (35) days of the ruling on defendants' motion to dismiss the Federal Securities Class Action, the Parties shall meet and confer concerning a schedule for further proceedings in the Derivative Action, including whether a further stay of this action is appropriate, and advise the Court accordingly. If the Parties are unable to agree on whether a continued stay of this action is appropriate, the Parties will submit a schedule for briefing on a motion to continue the stay. This action shall remain stayed until the Parties agree that a stay is no longer warranted or the Court's ruling on a motion to continue the stay.

2. The stay of this action is subject to each Party's right (i) to move the Court to lift the stay and (ii) to oppose such motion. Prior to any such motion to lift, the Party seeking to lift the stay shall give notice of at least forty-five calendar days, during which times the Parties will meet and confer in an effort to resolve any dispute about the continuance of the stay.

3. Defendants shall be under no obligation to respond to the complaint while the Derivative Action is stayed.

4. Notwithstanding the stay of the Derivative Action, Plaintiff may file an amended complaint during the pendency of the stay. Defendants shall be under no obligation to respond to any such complaint while the Derivative Action is stayed, unless otherwise ordered by the Court.

5. Nothing herein shall be construed as a waiver of any Party's rights of positions in law or in equity, or as a waiver of any defenses that any Party would otherwise have, and the Parties reserve all such rights.

SO STIPULATED AND AGREED by and between the parties this 29th day of December, 2020.

**OF COUNSEL:**

| **BRAGAR EAGEL & SQUIRE, P.C.** | **COOCH AND TAYLOR, P.A.** |
|---|---|
| W. Scott Holleman | */s/ Blake A. Bennett* |
| Marion C. Passmore | Blake A. Bennett (#5133) |
| Garam Choe | 1007 N. Orange St., Suite 1120 |
| Alexandra B. Raymond | Wilmington, DE 19801 |
| 885 Third Avenue, Suite 3040 | Telephone: (302) 984-3800 |
| New York, New York 10022 | Email: bbennett@coochtaylor.com |
| Telephone: (646) 860-9449 | |
| | *Counsel for Plaintiff* |

**OF COUNSEL:**

| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **ROSS ARONSTAM & MORITZ LLP** |
|---|---|
| | */s/ David E. Ross* |
| Corey Worcester | David E. Ross (#5228) |
| Renita Sharma | 100 S. West Street |
| Jomaire A. Crawford | Suite 400 |
| Jesse Bernstein | Wilmington, DE 19801 |
| 51 Madison Avenue, 22nd Floor | Telephone: (302) 576-1600 |
| New York, New York 10010 | Facsimile: (302) 576-1100 |
| Telephone: (212) 849-7000 | dross@ramllp.com |
| Facsimile: (212) 849-7100 | |
| coreyworcester@quinnemanuel.com | |
| renitasharma@quinnemanuel.com | |
| jomairecrawford@quinnemanuel.com | |
| jessebernstein@quinnemanuel.com | *Counsel for Defendants* |

SO ORDERED, this 4th  day of   January       , 2021

                                                                                                            *Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge