**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE CORCEPT DERIVATIVE LITIGATION | Lead Case No.: 1:19-cv-01830-MN |

**NOTICE AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs Lauren Williams ("Williams") and Jeweltex Pension Plan ("Jeweltex," and together with Williams, the "Plaintiffs"), by and through their undersigned counsel, pursuant to Rule 23.1 and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of the following:

WHEREAS, on September 30, 2019, and December 19, 2019, respectively, Plaintiff Williams and Plaintiff Jeweltex, each purported Corcept shareholders, filed putative shareholder derivative actions against Defendants in this Court (together, the "Derivative Actions");

WHEREAS, on January 31, 2022, Joel B. Ritchie, another purported Corcept shareholder, filed a derivative complaint in the Delaware Court of Chancery, captioned *Joel B. Ritchie v. G. Leonard Baker, et al.*, Case No. 2022-0102-SG (the "Chancery Action");

WHEREAS, on June 21, 2024, the Court, among other things: (1) consolidated the Derivative Actions; (2) appointed Julie & Holleman LLP and Weiss Law, as Co-Lead Counsel and Cooch and Taylor P.A. as Liaison Counsel for the consolidated Derivative Actions;

WHEREAS, on November 21, 2024, the Court granted the Defendants' motion to proceed in one jurisdiction, ordering that the "proceedings shall proceed in the Delaware Court of Chancery pending resolution of the motion to dismiss in the Chancery Court Action. (D.I. 34 at 2).

WHEREAS, on July 22, 2025, the Chancery Action was dismissed with prejudice;

WHEREAS, as the Parties previously notified the Court (see D.I. 35-36), in light of the foregoing, the Parties have conferred and agree that Plaintiffs no longer maintain legal standing to pursue the derivative claims asserted in the Consolidated Action and, as such, voluntarily dismiss the Derivative Actions without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and Fed. R. Civ. P. 23.1(c), subject to approval of the Court.; and

WHEREAS, the Parties represent that no consideration of any form has been exchanged, or agreed to be exchanged, in connection with Plaintiffs' decision to dismiss the Derivative Actions.

NOW, THEREFORE, subject to the Court's approval:

1. Plaintiffs, through their undersigned counsel, hereby dismiss this case, and all claims and causes of actions asserted by Plaintiffs derivatively on behalf of Corcept, with prejudice, with all parties to bear their own expenses, costs, and fees.

2. Notice of the proposed voluntary dismissal of the case under Fed. R. Civ. P. 23.1(c) is not necessary because, upon the Chancery Action's decision dismissing the case with prejudice, specifically concluding that demand futility was not satisfied, Plaintiffs are precluded from prosecuting this action pursuant to *Cal. State Teachers' Ret. Sys. v. Alvarez*, 179 A.3d 824 (Del. Supr. Ct. 2018) (holding that issue preclusion forecloses re-litigation of demand futility). Accordingly, there are no Corcept shareholders with legal standing to pursue the claims asserted derivatively on Corcept's behalf.

Dated: October 30, 2025

Respectfully Submitted,

*/s/ Blake A. Bennett*

**COOCH AND TAYLOR, P.A.**
Blake A. Bennett (#5133)
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 984-3800

**OF COUNSEL**

**JULIE & HOLLEMAN LLP**
W. Scott Holleman
157 East 86th Street, 4th Floor
New York, NY 10028

(917) 325-3798
scott@julieholleman.com

**WEISSLAW LLP**
Mark D. Smilow
1500 Broadway, Suite 1601
New York, NY 10036
(212) 682-3025
msmilow@weisslawllp.com

*Co-Lead Counsel for Plaintiffs*

Email: bbennett@coochtaylor.com

*Liaison Counsel for the Plaintiffs*

SO ORDERED this 30th day of October 2025.

Maryellen Noreika
_______________________________
The Honorable Maryellen Noreika
United States District Judge